```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANTHONY MODAFFARE,                   :
                                     :
          Plaintiff,                 :   CIVIL ACTION
                                     :
     vs.                             :   No. 08-cv-2855
                                     :
OWENS-BROCKWAY GLASS                 :
CONTAINER, INC.,                     :
                                     :
          Defendant.                 :
```

## ORDER

AND NOW, this 12th day of August, 2009, upon consideration of Defendant Owens-Brockway Glass Container Inc.'s Motion for Summary Judgment (Doc. No. 18) and Plaintiff Anthony Modaffare's Response in Opposition (Doc. No. 21), it is hereby ORDERED that the Motion for Summary Judgment is GRANTED as to Count III: Wrongful Termination and DENIED in all other regards.  It is further ORDERED that Count III of the Complaint is DISMISSED.

```
                              BY THE COURT:



                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.
```